# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| Johnny Ray Guillen, | ) | Case No.1:24-cr-109 |
| | ) | |
| Defendant. | ) | |

On August 28, 2024, the court appointed attorney Ashley Gulke to represent Defendant in this matter. (Doc. No. 40).  On September 16, 2024, attorney Vadim A. Glozman filed a motion to appear pro hac vice on behalf of Defendant.  (Doc. No. 47).  On September 17, 2024, the court granted the motion.  (Doc. No. 52).

Defendant's retained counsel, Vadim A. Glozman, is substituted as counsel of record for Defendant.  Attorney Ashley Gulke is authorized to withdraw.

**IT IS SO ORDERED.**

Dated this 18th day of September, 2024.

*/s/ Clare R. Hochhalter*
Clare R. Hochhalter, Magistrate Judge
United States District Court